

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: April 13, 2004

Ishmael W Stagner II
45-716 Puohala St
Kaneohe, HI 96744-2838

---

Dear Mr. Stagner:

Your letter dated 03/20/2004 raised certain questions regarding my authority to collect taxes. You can find this information in Title 26 of the Treasury Regulation 301.7602 for your information.

Revenue officers have the inherent authority to perform all tasks necessary to carry out their assigned duties, including the authority to (1) collect delinquent taxes using a complete range of collection activities, including but not limited to, filing notices of federal tax lien, conducting seizures, and making recommendations regarding civil suits; (2) secure delinquent tax returns; and (3) conduct tax investigations, including determinations regarding Trust Fund Recovery Penalty and nominee liens. A Revenue Officer's authority to perform all of his/her duties is evidenced by the Revenue Officer's pocket commission.

Federal tax laws are passed by Congress and signed by the President. The Internal Revenue Service is responsible for administering federal tax laws fairly and ensuring that taxpayers comply with the laws. We do not have authority to change the laws.

The Internal Revenue Service strives to collect the proper amount of revenues at the least cost to the public, and in a manner that warrants the highest degree of public confidence in our integrity, efficiency, and fairness. In accomplishing this, we continually strive to help taxpayers resolve legitimate account problems as effectively as possible. While tax collection is not a popular function of government, it clearly is a necessary one. Without it all other functions would eventually cease.

There are people who encourage others to deliberately violate our nation's tax laws. It would be unfortunate if you were to rely on their opinions. These persons take legal statements out of context and claim that they are not subject to tax laws. Many offer advice that is false and misleading, hoping to encourage others to join them. Generally, their advice isn't free. Taxpayers who purchase this kind of information often wind up paying more in taxes, interest, and penalties than they would have paid by simply filing correct tax returns. Some may subject themselves to criminal penalties, including fines and possible imprisonment.

**FILED**

06 1125

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Federal courts have consistently ruled against the arguments you have made. Therefore, we will not respond to future correspondence concerning these issues. Publication 2105, Why Do I Have to Pay Taxes?, is enclosed and addresses some common concerns. For additional information on specific arguments you can refer to www.irs.gov.

Finally, you have asked for a Due Process hearing. Your right to this hearing was defined in Letter 1058 dated 3/5/2004. Your appeal rights are also stated in Publication 1660. To request a hearing with Appeals you need to complete and submit Form 12153.

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

> Internal Revenue Service
> 300 Ala Moana Blvd Box 50089 H213
> Honolulu, HI 96850
>
> Phone#: 808-539-1545
> Fax#: 808-539-1551

Sincerely,

*Twilla Wakida*

Twilla Wakida
Revenue Officer
Employee ID#: 99-00365

RECEIVED
JUN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Enclosures:
 Publication 2105
 Publication 1660
 Form 12153
 Envelope

**IRS** Department of the Treasury
Internal Revenue Service
CINCINNATI, OH 45999-0029

Notice Number: CP-91
Notice Date: JULY 26, 2004
Social Security Number:
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

Collection Assistance:
1-800-829-7650

ISHMAEL W STAGNER II
45-716 PUOHALA ST
KANEOHE   HI   96744-2838162

### Final Notice Before Levy On Social Security Benefits

**It is important that you act immediately.** The federal tax you owe is still not paid, although we have previously asked you to pay it. This letter is our notice to you that we intend to enforce collection action against you.

**Levy On Social Security Benefits**
We have identified the following Social Security account information:

  Social Security Claim Account Number: 576367742
  Beneficiary's Own Account Number:   576367742

The law allows the IRS to take up to 15% of your benefits to pay your overdue taxes. If you do not pay the amount you owe, make alternative arrangements to pay, or request an appeals hearing within 30 days from the date of this notice, we may proceed with levy action.

**What To Do If You Can Pay**
To stop this levy action against your Social Security benefits:

- Pay the full amount you owe today.
- Make your check or money order payable to the United States Treasury.
- Write your Social Security Number, the form number(s), and tax period(s) on your payment.
- Send your payment and the attached payment stub to us in the enclosed envelope.

**What To Do If You Cannot Pay**
If you cannot pay the full amount you owe, please call us immediately at the above telephone number and let us know. We may be able to set up a payment arrangement. Be ready to tell us what your monthly income and expenses are so we can help you resolve this tax matter.

**Your Account Information**
You will find the amounts you owe the IRS listed on the next page. This is the amount we will include in the levy on your Social Security benefits. The amount you owe includes tax, penalties, and interest that you still owe, and also reflects any credits and payments we've received through the date of this notice. Penalty and interest charges continue to accrue until you pay the total amount in full. We detail these charges, known as Statutory Additions, on the following pages.

**Contact Us**
Please do not contact the Social Security Administration regarding your federal tax matter. **If you have any questions, please call us immediately at the above telephone number.**

**Authorized Representative**
If you wish to have someone else contact us to resolve this tax matter, complete Form 2848, *Power of Attorney and Declaration of Representative*, and send it to us in the enclosed envelope. You can get this form at your local IRS office, by calling 1-800-829-3676, or from our website at www.irs.gov.

Enclosures:
Copy of this notice
Envelope

CP 91 (Rev. 07-2003)

| Form 668-A(ICS) (Jan. 2003) | | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|---|

**DATE:** 05/13/2004

**REPLY TO:** Internal Revenue Service
T. WAKIDA
300 ALA MOANA BLVD #50089
R/O GROUP 36, M/S H213
HONOLULU, HI 96850

**TO:** HICKAM FCU
P O BOX 30025
HONOLULU, HI 96820

**TELEPHONE NUMBER OF IRS OFFICE:** (808)539-1545

**NAME AND ADDRESS OF TAXPAYER:**
ISHMAEL W STAGNER II
45-716 PUOHALA ST
KANEOHE, HI 96744-2838

**IDENTIFYING NUMBER(S):** 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
**STAG**

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1988 | 111473.57 | 103451.44 | 214925.01 |
| 1040 | 12/31/1989 | 937.61 | 885.69 | 1823.30 |
| 1040 | 12/31/1991 | 819.26 | 796.18 | 1615.44 |
| 1040 | 12/31/1992 | 2961.51 | 2782.01 | 5743.52 |
| 1040 | 12/31/1996 | 2982.21 | 60.67 | 3042.88 |
| 1040 | 12/31/1997 | 2519.69 | 51.28 | 2570.97 |
| 1040 | 12/31/1998 | 7673.94 | 156.08 | 7830.02 |
| 1040 | 12/31/1999 | 4051.66 | 138.80 | 4190.46 |
| 1040 | 12/31/2000 | 6698.38 | 318.73 | 7017.11 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.==============================⇒

**Total Amount Due** 248758.71

We figured the interest and late payment penalty to **06-12-2004**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury**.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*.
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative /S/ T. WAKIDA | Title **REVENUE OFFICER** |
|---|---|

-t 3 -   Complete and return to IRS     Catalog No. 35389E     www.irs.gov     Form 668-A(ICS) (1-2003)

| Form **668-W(ICS)** | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Jan. 2003) | **Notice of Levy on Wages, Salary, and Other Income** |

**DATE:** 05/13/2004
**REPLY TO:** Internal Revenue Service
T. WAKIDA
300 ALA MOANA BLVD #50089
R/O GROUP 36, M/S H213
HONOLULU, HI 96850

**TELEPHONE NUMBER**
**OF IRS OFFICE:** (808)539-1545

**NAME AND ADDRESS OF TAXPAYER:**
ISHMAEL W STAGNER II
45-716 PUOHALA ST
KANEOHE, HI 96744-2838

**TO:** ALU LIKE INC
458 KEAWE STREET
HONOLULU, HI 96813

**IDENTIFYING NUMBER(S):** 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
**STAG**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1988 | 111473.57 | 103451.44 | 214925.01 |
| 1040 | 12/31/1989 | 937.61 | 885.69 | 1823.30 |
| 1040 | 12/31/1991 | 819.26 | 796.18 | 1615.44 |
| 1040 | 12/31/1992 | 2961.51 | 2782.01 | 5743.52 |
| 1040 | 12/31/1996 | 2982.21 | 60.67 | 3042.88 |
| 1040 | 12/31/1997 | 2519.69 | 51.28 | 2570.97 |
| 1040 | 12/31/1998 | 7673.94 | 156.08 | 7830.02 |
| 1040 | 12/31/1999 | 4051.66 | 138.80 | 4190.46 |
| 1040 | 12/31/2000 | 6698.38 | 318.73 | 7017.11 |

**Employer or Other Addressee:** Please complete the back of this page.   **Total Amount Due** ⇒   248758.71

We figured the interest and late payment penalty to **06-12-2004**

**Statement of Exemptions and Filing Status** (*To be completed by taxpayer; instructions are on the back of Part 5*)

My filing status for my income tax return is (check one):   ☐ Single;   ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household; or   ☐ Qualifying Widow(er) with dependent child

**ADDITIONAL STANDARD DEDUCTION:** _____ *(Enter amount only if you or your spouse is at least 65 and/or blind.)*

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (*Husband, Wife, Son, Daughter, etc.*) | Social Security Number (*SSN*) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Taxpayer's Signature | Date |
|---|---|

**Part 4 –**   For Employer or other Addressee to keep after Taxpayer completes     Form **668-W(ICS)** (1-2003)

**Internal Revenue Service Center**

**Department of the Treasury**

Taxpayer Identification Number:
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

Tax Period Ended:
1988, 1989, 1991, 1992, 1996-2002

Person to Contact:
S. Wong

Date: April 17, 2006

Employee Identification Number:
99-00473

Contact Telephone Number:
(808) 539-1547

Contact Hours:
8:00 am to 3:00 pm

Ishmael W Stagner II
45-716 Puohala St
Kaneohe, HI 96744-2838

Dear Mr. Stagner:

This is in reply to your recent correspondence.

Federal tax laws are passed by Congress and signed by the President. The Internal Revenue Service is responsible for administrating federal tax laws fairly and ensuring that taxpayers comply with the laws. We do not have authority to change the tax laws.

The Internal Revenue Service strives to collect the proper amount of revenues at the least cost to the public, and in a manner that warrants the highest degree of public confidence in our integrity, efficiency, and fairness. In accomplishing this, we continually strive to help taxpayers resolve legitimate account problems as effectively as possible. While tax collection is not a popular function of government, it clearly is a necessary one. Without it all other functions would eventually cease.

There are people who encourage others to deliberately violate our nation's tax laws. It would be unfortunate if you were to rely on their opinions. These persons take legal statements out of context and claim that they are not subject to tax laws. Many offer advice that is false and misleading, hoping to encourage others to join them. Generally, their advice isn't free. Taxpayers who purchase this kind of information often wind up paying more in taxes, interest, and penalties than they would have paid simply by filing correct tax returns. Some may subject themselves to criminal penalties, including fines and possible imprisonment.

Federal courts have consistently ruled against the arguments you have made. Therefore, we will not respond to future correspondence concerning these issues.

Sincerely yours,

S. Wong
Revenue Officer

Letter 3175 (SC) (2-1999)
Catalog Number 26859J

Ms. S. Wong, Revenue Officer
Internal Revenue Service
300 Ala Moana Blvd. 50089
Honolulu, Hawaii 96850

April 9, 2006

Dear Ms. Wong:

    Thank you very much for your kind letter of 29 March 2006 (3174 P). I am most anxious to comply with the IRS and all of its relevant Code sections. Therefore would you please provide me with the following:
  a) all copies of IRS form 23C for the years that you claim that I have a tax liability.
  b) all copies of IRS Form 23C must be signed by an authorized Assessment Officer, and be dated for the years in question.
  c) Any relevant case law or IRC documentation that shows that I am the person, "subject to," or "made liable" for a revenue tax.

    I hereby claim that I am <u>not</u> a "taxpayer" as that term is defined according to *Economy Plumbing and Heating v. United States, 470 F. 2d 585, at 589 (Ct.Cl. 1972)*. If you have relevant case law to show that my position is wrong in both the *Economy* case, or in my requesting the Form 23C (*Curley v. US., Cite as 791 F. Supp 52 E.D.N.Y. 1992.*), I would be pleased to visit with you and try to rectify your, /my/our misunderstanding on the subject.

    Therefore, pursuant to the requirements of 26, U.S.C. §6203, Federal Records Act, 44 USC §3101, the National Archives Act, 44 USC §3106, and federal regulations, at 36 CFR Part 1222, I request that you send me certificates of assessment for each year identified in letter #3174P and evidence of their accuracy. As you are aware IRC <u>requires</u> that before a tax is due it must be assessed. At this time, it appears that in my case there are no assessments for the years set forth in your letter, and that, therefore the numbers shown in your letter, and others sent by the IRS are inaccurate, untimely, and not meaningful.

    If I do not hear from you within 30 days from your receipt of this letter disputing a tax obligation for the years in question, I will reasonably conclude that you have failed to keep proper records, there are <u>no</u> *assessments* for the years referenced, that your request is fraudulent, and that you are engaged in felony extortion by collecting more tax than is shown on any certificates of assessments, if they exist.

    Additionally, because I have <u>not</u> been provided with the valid assessments, and the other violations of my First, Fourth, Fifth, and Ninth Amendment rights, I am suing your employer (United States) under provisions of 26 USC §7433, and have named the Honorable Alberto Gonzalez, United States Attorney General, and the Honorable Kenneth Weinstein, United States Attorney as co-defendants, along with any other IRS

employees, such as you who persist with collection activities in violation of Title 26 and its regulations, especially those requiring collection through the use of a court order signed by a judge, other court official, and <u>execution under judicial process</u> (see IRC §7214 (1) (2)), (IRC §6331 a) and (IRC §6332 a, c).

     I am 66 years old, have had two strokes, have never made much money, own nothing of value, and am a waste of your time, and resources. All I have to offer is an unabated faith that justice will prevail, because common sense is not an unknown commodity to the IRS, and that my use of §7433, and the requirement of the 23C Certificates of Assessment will support my right to dispute my alleged tax obligation.

Sincerely

*[signature]*

Ishmael W. Stagner, II  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
P.O. Box 6348
Kaneohe, Hawaii  96744

P.S. Would you also send me my <u>decoded IMF</u> under FOIA?

**Internal Revenue Service**
300 ALA MOANA BLVD #50089
HONOLULU, HI 96850

**Department of the Treasury**

Letter Number: 3174 (P)

Letter Date:
03/29/2006
Social Security or
Employer Identification Number
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

ISHMAEL W STAGNER II
45-716 PUOHALA ST
KANEOHE, HI 96744-2838

IRS Employee to Contact:
S. WONG
Employee Identification Number:
99-00473
Contact Telephone Number:
(808)539-1547

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now. Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may fill out Form 9423, Collection Appeals Request, to ask for Appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

S. WONG
REVENUE OFFICER

Number of this letter: 3174
Date of this letter: 03/29/2006
Taxpayer Identification Number: 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

**The amount you owe is:**

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1988 | $100477.95 | $11261.36 | $114453.05 | $226192.36 |
| 1040 | 12/31/1989 | $937.61 | $110.50 | $970.44 | $2018.55 |
| 1040 | 12/31/1991 | $819.26 | $118.75 | $848.06 | $1786.07 |
| 1040 | 12/31/1992 | $2961.51 | $443.00 | $2943.23 | $6347.74 |
| 1040 | 12/31/1996 | $2982.21 | $0.00 | $407.52 | $3389.73 |
| 1040 | 12/31/1997 | $2519.69 | $0.00 | $344.33 | $2864.02 |
| 1040 | 12/31/1998 | $7673.94 | $0.00 | $1048.63 | $8722.57 |
| 1040 | 12/31/1999 | $4051.66 | $56.40 | $553.66 | $4661.72 |
| 1040 | 12/31/2000 | $6698.38 | $344.68 | $915.33 | $7958.39 |
| 1040 | 12/31/2001 | $6202.63 | $529.62 | $782.48 | $7514.73 |
| | | | | Total: | $271455.88 |



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, ALABAMA 35201-1686**

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

04/12/06

ISHMAEL W STAGNER II
45-716 PUOHALA ST
KANEOHE, HI 96744-2838

Dear ISHMAEL W STAGNER II:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| Internal Revenue Service | TIN Num: 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 |
| Federal Payment Levy Program | TOP Trace Num: P32181037 |
| Stop 686 | Acct Num: 057636774230198812 |
| PO Box 57 | Amount This Creditor: $235.80 |
| Bensalem, PA 19020 | Creditor: 51   Site: MC |
| **800-829-3903** | |
| PURPOSE: Tax Levy | |

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

*Jeffrey Schramek*

Jeffrey Schramek
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

### PAYMENT SUMMARY

| | |
|---|---|
| PAYEE NAME: ISHMAEL W STAGNER II | PAYEE TIN: 576367742 |
| PAYMENT BEFORE REDUCTION: $1572.00 | PAYMENT DATE: 04/12/06 |
| TOTAL AMOUNT OF THIS REDUCTION: $235.80 | PAYMENT TYPE: EFT |
| PAYING FEDERAL AGENCY: Social Security Administration | BENEFICIARY TIN: 576367742 |
| CLAIM ACCT NUM: 576367742 A | |

FOR OFFICIAL USE ONLY:    0000011937 P32181037576367742014528970099ALTR-P01ISHM011941
RL0604

Letter Date: 03/20/2004       VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
From: Ishmael W. Stagner, II
Identification Number: 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

To: T. Wakida, Revenue Officer
Identification Number: 99-00365

Re: Your letter of 03/05/2004

ALOHA:

The following is my response, which I respectfully request be added to my individual master file maintained by the IRS.

1. This is my firm promise to make arrangements to pay all "income" taxes you say I owe you, if you will cite the IRC section, or relevant case law that so states that I am the person, "liable to pay any tax," as is stated at IRC 6331 (a). If there is such an IRC section that defines this liability to either file or pay a direct tax on my income, I will happily make arrangements to discharge this "obligation." Otherwise I cite my due process rights under *USA v. Kuglin, WD, Tennessee, #03-CR-20111, August, 2003,* and *Cheek v. US, 498 US, 192, (1991.*

2. I note that IRC section 6332 says, in part, "property subject to levy," and "subject to an attachment under any *judicial* process "may be surrendered. Therefore I hereby affirm that I have no "property," subject to levy, or forfeiture, as defined in IRC 7321.

3. I, therefore, respectfully ask for my Due Process Right to a hearing by "judicial process," as is stated in the IRC, and in the Fifth Amendment of the United States Constitution.

4. I must also ask for your delegated authority to process this particular case. According to *Bothke v. Fluor Engineers, et al. 713 F. 2d 1405 (9th Cir., 1983),* "When and if IRS personnel are notified to irregularities, protests, objections, etc, it is up to the officer to *prove authority.*" I will, therefore, ask any, and all IRS personnel who work with me to show their required delegation of authority, as well.

5. I note that you mention that you "may file a Notice of Federal Tax Lien to protect the government's interest." According to *Freeman v. Mayer 152 F. Supp.383, Aff'd 253 F 2nd 295 (3rd Circ. 1958),* " NOTICE OF INTENT TO LEVY DOES NOT CONSTITUTE A LEVY." Even more importantly, I assert my protections under *United States v. O'Dell, 160 F. 2nd 304, 307 (6th Cir., 1947),* and remind the IRS of the strict conditions imposed by statute for seizure and levy as required under *Goodwin v. US, 935 F 2nd 1061 (9th Cir. 1991),* and *Kulway v. US, 917, F 2nd 729, 735 (2nd Cir. 1990).*

Again, I reassert that I require to be shown by IRC code and relevant statute, that I am the person "liable for," or "subject to" the taxes that you claim that I owe. I have written to the IRS

person "liable for," or "subject to" the taxes that you claim that I owe. I have written to the IRS and asked for clarification and advice before, on these specific issues of liability, delegated authority and due process. Thus far, I have never received any definitive answers to these questions. Hence I renew my requests for answers, or, in the alternative, ask for an abatement of your efforts to deprive me of my rights and property without a fair hearing in a competent court of jurisdiction.

Please understand, I am a garden-variety, average, common citizen, with little, or no, assets, or property to speak of. I don't own either my house or my car. My bank account constantly needs CPR in order to survive, and having been a school teacher most of my life, as well as having been a full tithe payer to my church for an even longer period, I can't imagine your wasting your time on such a "small fry" as me. You also know that I am a senior citizen, and have been, at times, on welfare. Any "victory" over me, would be Pyrrhic at best, and catastrophic for you, if you lose. More importantly, why are you trying to deny me my rights to Constitutional Due Process? I ask once again, "Please show me your legal authority to enforce IRC Subtitles A or C as they relate to me as a person, 'liable for,' or 'subject to' the taxes that you claim that I owe. Please remember:*Federal law protects federal employees only to the extent that they are properly acting within the scope of their delegated legal responsibility.*

I respectfully request that you not ignore or obviate my constitutionally protected Rights.

Mahalo,


Ishmael W. Stagner, II (a living soul)
45-716 Pu`ohala Street
Kane`ohe, Hawai`i 96744



# Summons

## Collection Information Statement

In the matter of  Ishmael W Stagner II 45-716 Puohala St Kaneohe, HI 96744
Internal Revenue Service *(Identify Division)*  Small Business/Self Employed
Industry/Area *(Identify by number or name)*  Small Business/Self Employed - Western Area
Periods  See attachment for Period information

### The Commissioner of Internal Revenue

To  Ishmael W Stagner II
At  45 824 Paleka Place, Kaneohe, HI 96744

You are hereby summoned and required to appear before  S. Wong, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:  See attachment for Period information

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From  06/01/2005  To  05/31/2006

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        Revenue Officer, 99-00473
Signature of IRS Official Serving the Summons        Title

Business address and telephone number of IRS officer before whom you are to appear:

300 Ala Moana Blvd M/S H213, Room 2-122, Honolulu, HI 96850  (808) 539-1547

Place and time for appearance at:  300 Ala Moana Blvd M/S H213, Room 2-122, Honolulu, HI 96850

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the  20th  day of  June , 2006  at  1:00  o'clock  P  m.

Issued under authority of the Internal Revenue Code this  6th  day of  June , 2006

_____        Revenue Officer
Signature of Issuing Officer        Title

_____        _____
Signature of Approving Officer *(if applicable)*        Title

Part A -- to be given to person summoned