# United States District Court
### FOR THE DISTRICT OF COLUMBIA

Ishmael Stagner,

**SUMMONS IN A CIVIL CASE**

Case No.: 06-1125 RCL

v.

United States Government

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Ishmael Stagner,

45-824 Paleka Place
PO Box 6348,
Kaneohe, HI 96744,
808-284-4145

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Court Clerk                                           Date

**RECEIVED**

AUG 9 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

by _____
      Deputy Clerk

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 07 July 2006. The cost of the mailing is $4.35

Certified mail # 7004-2510-0005-7831-1557

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____      8-05-06
    Signature                                                       Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   U.S. Atty Gen
   Civil Process Clerk
   Washington DC
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Samuel L Parks_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JUL 0 7 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0005 7821 1557

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   Ishmael Stagner
   P.O. Box 6348
   Kaneohe, Hi 96744