# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Ishmael Stagner,

**SUMMONS IN A CIVIL CASE**

Case No.: 06-1125 (RCL)

v.

United States Government

To:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Ishmael Stagner,

45-824 Paleka Place
PO Box 6348,
Kaneohe, HI 96744,
808-284-4145

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
       Court Clerk                                   Date

by _____
        Deputy Clerk

**RECEIVED**

AUG 9 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _1-July 2006_. The cost of the mailing is $ _4.35_

Certified mail # _7004-2510-0005-7820-4986_

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

  I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____  _____
Signature             Date

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
SANDRA CARTER   7-7-06

1. Article Addressed to:

Civil Process Clerk
Kenneth Wenstan US Atty
District of Columbia
501 3rd St N.W
Washington, DC 20001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0005 7820 4986

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE
SUBURBAN ???
MD 208
First-Class Mail
Postage & Fees
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ismael W Haynes
P.O. Box 6348
Nanakuli HI 96744