IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISHMAEL STAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-cv-01125 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: September 8, 2006.

                Respectfully submitted,

                /s/ Beatriz T. Saiz
                BEATRIZ T. SAIZ
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 227
                Ben Franklin Station
                Washington, DC 20044
                Phone/Fax: (202) 307-6585/514-6866
                Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on September 8, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Ishmael Stagner
        45-824 Paleka Place
        Kaneohe, HI 96744

                /s/ Beatriz T. Saiz
                BEATRIZ T. SAIZ