IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISHMAEL STAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-cv-01125 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on September 8, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Ishmael Stagner
        45-824 Paleka Place
        Kaneohe, HI 96744

          /s/ Beatriz T. Saiz
          BEATRIZ T. SAIZ