UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISHMAEL STAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-1125 (RCL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant filed a motion to dismiss on September 8, 2006. On September 19, 2006, this Court filed an order in accordance with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), advising plaintiff of the consequences of failing to respond to defendant's motion within 14 days. Plaintiff has not responded as of this date. Therefore, the Court shall treat defendant's motion as conceded.

Accordingly, upon consideration of defendant's motion to dismiss and plaintiff's failure to respond, it is hereby ORDERED that defendant's motion to dismiss is GRANTED and the case is DISMISSED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 18, 2006.